FILED
2025 Dec-09 AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **LUCKY EGEH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **2025__________________** |
| | ) | |
| **MAPLES INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

### JURISDICTION AND STATUS OF THE PARTIES

1. Complete diversity of citizenship exists between Plaintiff and Maples Industries, Inc., as required by 28 U.S.C. § 1332(a).

2. The acts and omissions herein complained of occurred in Jackson County, Alabama on December 29, 2023.

3. Plaintiff is a citizen of Minnesota. Under 28 U.S.C. § 1332(a), an individual is a citizen of the state in which they are domiciled. *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002) (per curiam). Plaintiff is domiciled Hennepin County, Minnesota.

4. Defendant Maples Industries, Inc. is an Alabama corporation with its principal place of business in Scottsboro, Alabama, where the events complained of occurred. 28 U.S.C. § 1332(c)(1).

5. Because Plaintiff is a citizen of Minnesota, and Defendant Maples Industries, Inc. is a citizen of Alabama, there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a).

6. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

## GENERAL AVERMENTS

7. On or about the evening of December 29, 2023, Ms. Egeh, a long-haul truck driver, was making a delivery to Defendant Maples Industries, Inc. Plant No. 3, located at 1005 Heroes Drive in Scottsboro, Alabama.

8. At all times herein, Ms. Egeh was a business invitee of Maples Industries Inc., and lawfully on their premises

9. After signing in inside the shipping office, Ms. Egeh proceeded to exit the office. When she did so, she stepped over a steeply sloped and unmarked curb, which was maintained in a poorly lit area, that caused her to fall and suffer severe personal injury.

## COUNT ONE – NEGLIGENCE

10. On or about December 29, 2023, Defendant Maples Industries, Inc., as owner of and operator of Maples Industries Plant No. 3, owed plaintiff a duty to exercise reasonable care and diligence to keep its premises in a reasonably safe condition and to warn of known dangers or dangers that should have been known.

11. On or about December 29, 2023, Defendant Maples Industries, Inc. breached its duty and/or acted negligently by failing to properly maintain the premises of said property and by failing to properly maintain the premises of its facility and by failing to warn of known dangers or dangers that should have been known. Specifically, Maples Industries, Inc. breached its duty by failing to bevel the curb, mark the curb, or adequately illuminate the curb.

12. As a direct and proximate result of Defendant Maples Industries Inc.'s negligence, Lucky Egeh was caused to fall thereby suffering serious physical injury.

13. Lucky Egeh is entitled to compensation from Defendant Maples Industries, Inc. for:

a) Medical expenses;
b) Pain and suffering on account of personal injury;
c) Mental anguish on account of personal injury;

d) Permanent injuries;

e) Disfigurement;

f) Loss of earnings; and

g) Loss of earnings capacity.

WHEREFORE, Plaintiff Lucky Egeh demands judgment against Defendant Maples Industries, Inc. in an amount exceeding $75,000, the costs of this litigation to the extent permitted by law, and other and further relief as the Court deems just and proper.

Respectfully submitted on this 5th day of December, 2025.

/s/ William Barnwell Heyward III
William Barnwell Heyward III (ASB-332O-D15X)

Attorney for Plaintiff, Lucky Egeh

**SINIARD LAW, LLC**
Attorney for Plaintiff
511 Madison Street SE
Post Office Box 18666
Huntsville, Alabama 35804
Telephone: 256-500-1199
Facsimile: 256-500-4052
Email: barnes@siniardlaw.com

**Serve Defendant by Certified Mail as follows:**

Maple Industries, Inc.
c/o Registered Agent Gerald Paulk
231 S. Market Street
Scottsboro, AL 35768